FILED
6:26 pm Jan 09 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:24 MJ 4012 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| v. | ) | |
| | ) | |
| CONNER WALKER, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |
| | ) | |

This matter came on to be heard upon the petition of Jennifer King, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Cuyahoga County Jail, Cleveland, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or FBI. The Court, being fully advised in the said matter, finds that the said Conner Walker, is detained in the Cuyahoga County Jail, Cleveland, Ohio, under the custody of said Warden.

The Court further finds that the said United States desires to proceed to an Initial Appearance for the defendant on a Complaint charging a violation of Title 18, United States Code, Section 2251(a) Sexual Exploitation of Children and Title 18, United States Code, Section 2252(a)(2) Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, at Cleveland, Ohio, before the Honorable Magistrate Judge Jonathan D. Greenberg on January 10, 2024, at 2:30 PM, and to other court proceedings relating to such Complaint as this Court may deem proper.

2

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or FBI.

_____
UNITED STATES MAGISTRATE JUDGE